IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>RAYMOND MORADA,<br><br>            Defendants._____/ | Case No. CR 06-00246 RMW (RS)<br><br>**ORDER RE APPOINTMENT OF COUNSEL** |

Good cause appearing therefor, upon reviewing his financial affidavit,

IT IS HEREBY ORDERED that defendant Ray Morada is qualified for the appointment of counsel in the above-captioned case conditioned upon a monthly contribution of $200 (two hundred dollars) to the Criminal Justice Fund.

IT IS SO ORDERED.

Dated:    4/20/2006

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge