# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA



FILED
JUN - 2 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

**Raymond Morada**
    Defendant.

Case Number
CR 06-246 RS

**ORDER - CJA CONTRIBUTION(s) DUE**

It appearing that the defendant is financially able to contribute to the cost of his representation under the Criminal Justice Act, 18 U.S.C., Section 3006 (A),

**IT IS HEREBY ORDERED THAT:**

[X]  THE DEFENDANT IS LIABLE FOR A CONTIRUBUTION OF $ 200 PER MONTH, until the case is concluded or until further order of the Court, commencing:

    [ ]  That certain date of _____ and the SAME DAY each month thereafter;

    [X]  The first day of ~~5~~ June and the FIRST DAY of each month thereafter;

    [X]  MAIL TO:    Clerk, U. S. District Court
                        280 South First Street, Room 2112
                        San Jose, CA.  95113-3095

Please indicate that this is a CJA payment and include the case number shown above.

[ ]  THE DEFENDANT IS LIABLE FOR A ONE-TIME CONTRIBUTION OF $_____, DUE BY:

    [ ]  That certain date of _____;

    [ ]  MAIL TO:    Clerk, U. S. District Court
                        280 South First Street, Room 2112
                        San Jose, CA.  95113-3095

Please indicate that this is a CJA Payment and include the case number shown above.

DATED: 5/12/06

_Patricia V. Trumbull_
~~PATRICIA V. TRUMBULL~~, U. S. MAGISTRATE JUDGE
~~RICHARD SEEBORG~~
PATRICIA V. TRUMBULL,

cc: Defense counsel, defendant, AUSA, Finance Office, Probation

AO 72
(Rev 8/82)