Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Ray Morada

**FILED**

JUN 29 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> **RAY MORADA**, <br><br> Defendant. | No. CR 06-00245 RMW [RS] <br><br> [~~PROPOSED~~] **AS** ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |

**ORDER**

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that Mr. Morada may be permitted to travel to Vermont from his home in Washington DC from July 1 to July 5, 2006.

Dated: 6/29/06

_____
United States Magistrate Judge

Order modifying conditions of pretrial release [July 4 weekend trip]

-3-