Peter A. Leeming, SBN 119125
108 Locust Street, Suite 7
Santa Cruz CA 95060

Telephone: (831) 425-8000

Attorney for: Ray Morada

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. CR 06-00245 RMW [RS] |
| Plaintiff, | [PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE |
| vs. | |
| **RAY MORADA,** | |
| Defendant. | |

## ORDER

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY ORDERED that Mr. Morada may be permitted to travel to Vermont from his home in Washington DC from August 24 to August 26, 2006.

Dated: 8/15/06

_____
United States Magistrate Judge

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **PROOF OF SERVICE** |
| 4 | |
| 5 | I am a resident of the County of Santa Cruz. I am over the age of 18 years, and I am not a party to the within action. My business address is 108 Locust Street, suite 7, Santa Cruz, California, 95060. |
| 6 | |
| 7 | On August 11, 2006, I served the within copy of **Proposed Order modifying pretrial release conditions**, on the interested parties in the above action by delivering a true copy thereof via electronic mail following addresses: |
| 8 | |
| 9 | |
| 10 | Mark Krotoski, AUSA<br>150 Almaden Blvd, Suite 900<br>San Jose CA 95113 |
| 11 | |
| 12 | Email: Mark.Krotoski@usdoj.gov |
| 13 | |
| 14 | I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that I have executed this proof of service on August 11, 2006 at Santa Cruz, CA. |
| 15 | |
| 16 | |
| 17 | _____/s/_____<br>Peter A. Leeming |

Order modifying conditions of pretrial release [August 24-26, 2006]                                         -4-