1  Peter A. Leeming, SBN 119125
   108 Locust Street, Suite 7
2  Santa Cruz CA 95060

3  Telephone: (831) 425-8000

4  Attorney for: Ray Morada

5

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 06-00246 RMW [RS] |
|---|---|
| Plaintiff, | ) Corrected |
| | ) [PROPOSED] ORDER MODIFYING |
| vs. | ) CONDITIONS OF PRETRIAL |
| | ) RELEASE |
| RAY MORADA, | ) |
| Defendant. | ) |

                              ORDER

For the reasons stated in the attached Declaration of Counsel, IT IS HEREBY

ORDERED that Mr. Morada may be permitted to travel to Vermont from his home in

Washington DC from August 24 to August 26, 2006.

Dated: 8/15/06

                                    _____
                                    Patricia V. Trumbull
                                    United States Magistrate Judge

Order modifying conditions of pretrial release [August 24-26, 2006]

## PROOF OF SERVICE

I am a resident of the County of Santa Cruz. I am over the age of 18 years, and I am not a party to the within action. My business address is 108 Locust Street, suite 7, Santa Cruz, California, 95060.

On August 11, 2006, I served the within copy of **Proposed Order modifying pretrial release conditions**, on the interested parties in the above action by delivering a true copy thereof via electronic mail following addresses:

Mark Krotoski, AUSA
150 Almaden Blvd, Suite 900
San Jose CA 95113

Email: Mark.Krotoski@usdoj.gov

I DECLARE UNDER PENALTY OF PERJURY that the foregoing is true and correct and that I have executed this proof of service on August 11, 2006 at Santa Cruz, CA.

/s/
Peter A. Leeming